AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

19CV03633 RM MEH

Civil Action No. 19-cv-03633-RM-MEH

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JAN 28 AM 10: 29
JEFFREY P. COLWELL
CLERK
BY _____ DEP. CLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laszlo Bagi

was received by me on *(date)* 1/8/20

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Matthew Bagi, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/27/20

Brittney Pierce
*Server's signature*

Brittney Pierce
*Printed name and title*

130 W. 5th Ave Denver, CO 80204
*Server's address*

Additional information regarding attempted service, etc: