IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.  19-cv-03633-RM-MEH

AMERICAN SOUTHERN INSURANCE COMPANY,

    **Plaintiff,**

v.

BAGI MECHANICAL, LLC, LASZLO BAGI, and WENDI BAGI.

    **Defendants.**

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff American Southern Insurance Company, by and through its undersigned counsel, The Hustead Law Firm, A Professional Corporation, hereby advises the Court that the parties have agreed to a settlement of all claims between them. The parties will work diligently to consummate the settlement and submit a Stipulation for Dismissal within thirty (30) days.  In light of the settlement, the parties respectfully request that the Court vacate all future scheduled appearances and deadlines.

Respectfully submitted this 28th day of May, 2020.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*

*s/Connor L. Cantrell*
_____
Connor L. Cantrell, Esq.
Patrick Q. Hustead, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
(303) 721-5000
clc@thlf.com
pqh@thlf.com
*Attorneys for Plaintiff American Southern Insurance Company*

2

## **CERTIFICATE OF SERVICE**

        I hereby certify that on this 28th day of May, 2020, I delivered a true and correct copy of the foregoing NOTICE OF SETTLEMENT via ECF and/or Electronic Mail and/or U.S. Mail to the following:

F. Brittin Clayton III
Jones & Keller
1999 Broadway, Suite 3150
Denver, CO 80202
*Counsel for Bagi Mechanical, Laszlo Bagi and Wendi Bagi*

      *The Original Signature is on File at*
      *The Hustead Law Firm, A Professional Corporation*

      *s/Connor L. Cantrell*
      _____
      Connor L. Cantrell

3