**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-03633-RM-MEH

AMERICAN SOUTHERN INSURANCE COMPANY,

    Plaintiff,

v.

BAGI MECHANICAL, LLC, LASZLO BAGI, and WENDI BAGI.

    Defendants.

**ORDER
RE: NOTICE OF NULLIFICATION OF THE NOTICE OF *LIS PENDENS* PURSUANT TO C.R.S. § 38-35-110(2)(a)(II)**

THE COURT, having reviewed the NOTICE OF NULLIFICATION OF THE NOTICE OF *LIS PENDENS* PURSUANT TO C.R.S. § 38-35-110(2)(a)(II) (the "Notice") (ECF No. 41), and being fully advised of the premises,

HEREBY nullifies the effect of the Notice of *Lis Pendens* (recorded on January 6, 2020 at Reception No. 03758568 of the Boulder County, Colorado records) pursuant to C.R.S. § 38-35-110(2)(a)(II) because the property commonly known as 5808 Knoll Crest Court, Boulder, Colorado 80301 (the "Property") further described in the Notice of *Lis Pendens* (Reception No. 03758568) attached to the Notice will not be affected by the lawsuit.

The legal description of the Property referenced in the Notice of *Lis Pendens* (Reception No. 03758568) is:

    Lot 13, Rustic Knolls
    County of Boulder, State of Colorado

The Notice, however, shall in no way affect any parties' rights regarding the Deed of Trust (recorded on May 29, 2020 at Reception No. 03787172 of the Boulder County, Colorado records) pertaining to the Property, which shall remain in full force and effect.

This case is voluntarily dismissed with prejudice as to all claims between the parties that were asserted, without an award of attorneys' fees or costs to any party.

The Clerk shall close this case.

DATED this 8th day of June, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2